**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2006 SEP -8  A 9: 38

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v | ) | CR201-00041-001 |
| | ) | |
| Jamaal Cornell Jackson | ) | |

**ORDER**

Based on the Court's order modifying the defendant's supervised release dated September 7, 2006, the Court hereby orders that the defendant be released from the custody of the U.S. Marshals.

The defendant is ordered to reported to the U.S. Probation Office immediately upon his release from custody.

SO ORDERED, this  8th  day of September, 2006.

_____
Judge, U.S. District Court